SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JAMES LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HAFIZ GARBANDA D/B/A QIK MARKET; BLUMINT, LLC; DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:21-cv-01449 - SB (AFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HAFIZ GARBANDA D/B/A QIK MARKET** |

**PLEASE TAKE NOTICE** that Plaintiff JAMES LEE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant HAFIZ GARBANDA D/B/A QIK MARKET ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: April 20, 2021   SO. CAL. EQUAL ACCESS GROUP

        By: */s/ Jason J. Kim*
          Jason J. Kim
          Attorneys for Plaintiff